IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pulawski, Antoni | Case Number: 07 B 09778 |
|---|---|---|
|  | Pulawski, Elzbieta | Judge: Squires, John H |
|  | Printed: 9/23/08 | Filed: 5/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 30, 2008
Confirmed: August 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,800.00 |  |
| Secured: |  | 6,390.97 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 535.95 |
| Other Funds: |  | 573.08 |
| Totals: | 9,800.00 | 9,800.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Michael J Worwag | Administrative | 2,300.00 | 2,300.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 12,481.78 | 3,151.49 |
| 4. | DaimlerChrysler Servs North America | Secured | 18,445.03 | 2,698.44 |
| 5. | Lieberman Management Services | Secured | 2,022.50 | 541.04 |
| 6. | Indymac Bank | Secured | 12,295.97 | 0.00 |
| 7. | DaimlerChrysler Servs North America | Unsecured | 52.84 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 1,090.10 | 0.00 |
| 9. | Max Recovery Inc | Unsecured | 50.92 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 99.36 | 0.00 |
| 11. | Toyota Motor Credit Corporatio | Unsecured | 31.62 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 714.96 | 0.00 |
| 13. | Chase | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | American Collection Corp | Unsecured |  | No Claim Filed |
| 16. | Citi Cards | Unsecured |  | No Claim Filed |
| 17. | American Collection Corp | Unsecured |  | No Claim Filed |
| 18. | GC Services | Unsecured |  | No Claim Filed |
| 19. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 20. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 21. | TCF Bank | Unsecured |  | No Claim Filed |
| 22. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 23. | Millenium Credit Consultants | Unsecured |  | No Claim Filed |
| 24. | Target National Bank | Unsecured |  | No Claim Filed |
| 25. | Spiegel | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pulawski, Antoni  
Pulawski, Elzbieta  
Printed: 9/23/08

Case Number: 07 B 09778  
Judge: Squires, John H  
Filed: 5/31/07

                                    _____          _____  
                                    $ 49,585.08     $ 8,690.97

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4%     | 313.20     |
| 6.5%     | 222.75     |
|          | _____ |
|          | $ 535.95   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

                                    _____